IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:08-CT-00021-H

KEITH MATHIS, et al.,

    Plaintiffs,

v.

GEO GROUP INC., et al.,

    Defendants.

ORDER

Upon consideration of the Plaintiffs' Consent Motion to Set a Supplemental Briefing Schedule on Plaintiffs' Motion for Class Certification and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The parties shall submit supplemental briefs according to the following schedule:

| | |
|---|---|
| Plaintiffs' Supplemental Brief in Support of Class Certification | 40 days following the decision on the pending motions to dismiss |
| Defendants' Response | 40 days following the submission of Plaintiffs' Supplemental Brief |
| Plaintiffs' Reply | 20 days following the submission of Defendants' Responses |

Ordered this 5th day of May, 2009.

The Honorable Malcolm J. Howard
United States District Judge