IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:08-CT-21-D

| | | |
|---|---|---|
| KEITH MATHIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| GEO GROUP INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

PLEASE TAKE NOTICE that per Rule 83.1(e), Donald J. Ridings Jr. enters his appearance for plaintiffs as an attorney not admitted in this district. Mr. Ridings is a member in good standing of the bar of the United States District Court for the District of Columbia and the bars of the District of Columbia Court of Appeals and the Supreme Court of Kentucky who neither resides in North Carolina nor is regularly engaged in the practice of law here.

Respectfully submitted,

COVINGTON & BURLING LLP

/s/ Donald J. Ridings Jr.
Donald J. Ridings Jr. (DC Bar No. 466808)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5357 (telephone)
(202) 778-5357 (facsimile)
dridings@cov.com

PENRY RIEMANN PLLC

      /s/ Neil A. Riemann
Neil A. Riemann (NC Bar No. 19258)
510 Glenwood Ave., Suite 319
Raleigh, NC  27603
(919) 833-9449 (telephone)
(919) 833-9448 (facsimile)
neil.riemann@penryriemann.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of October, 2009, filed the foregoing using CM/ECF, which will e-mail a Notice of Electronic Filing to:

*Counsel for Plaintiffs*:

    Danielle M. Estrada
    Email: destrada@cov.com

    Neil A. Riemann
    Email: neil.riemann@penryriemann.com

    Anthony Herman
    Email: aherman@cov.com

    Deborah M. Golden
    Email: deborah_golden@washlaw.org

    Philip J. Fornaci
    Email: philip_fornaci@washlaw.org

*Counsel for Defendant GEO Group, Inc.*

    Robert T. Numbers, II
    Email: RNumbers@wcsr.com

    W. Ellis Boyle
    Email: eboyle@wcsr.com

*Counsel for Defendants Federal Bureau of Prisons and Harley Lappin*

    Kathryn L. Wyer
    Email: kathryn.wyer@usdoj.gov

    R. A. Renfer, Jr.
    Email: rudy.renfer@usdoj.gov

    /s/ Donald J. Ridings Jr.
    Donald J. Ridings Jr.