**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**NORTHERN DIVISION**
**Case No. 2:08-cv-00021-D**

| | | |
|---|---|---|
| KEITH MATHIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| GEO GROUP INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

PLEASE TAKE NOTICE that per Rule 83.1(e), Laura E. Schattschneider enters her appearance for plaintiffs as an attorney not admitted in this district. Ms. Schattschneider is a member in good standing of the bars of the United States Court of Appeals for the Ninth Circuit and the United States District Court for the District of Columbia, and the bars of the District of Columbia Court of Appeals and the Supreme Court of Pennsylvania. She neither resides in North Carolina nor is regularly engaged in the practice of law here.

DATE: October 7, 2009

Respectfully submitted,

COVINGTON & BURLING LLP

   /s/ Laura E. Schattschneider
Laura E. Schattschneider (DC Bar No. 976423)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5143 (telephone)
(202) 778-5143 (facsimile)
lschattschneider@cov.com

PENRY RIEMANN PLLC

_____/s/ Neil A. Riemann_____
Neil A. Riemann (NC Bar No. 19258)
510 Glenwood Ave., Suite 319
Raleigh, NC  27603
(919) 833-9449 (telephone)
(919) 833-9448 (facsimile)
neil.riemann@penryriemann.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of October, 2009, filed the foregoing using

CM/ECF, which will e-mail a Notice of Electronic Filing to:

*Counsel for Plaintiffs*:

Danielle M. Estrada
Email: destrada@cov.com

Neil A. Riemann
Email: neil.riemann@penryriemann.com

Donald J. Ridings, Jr.
Email:dridings@cov.com

Anthony Herman
Email: aherman@cov.com

Deborah M. Golden
Email: deborah_golden@washlaw.org

Philip J. Fornaci
Email: philip_fornaci@washlaw.org

*Counsel for Defendant GEO Group, Inc.*:

Robert T. Numbers, II
Email: RNumbers@wcsr.com

W. Ellis Boyle
Email: eboyle@wcsr.com

*Counsel for Defendants Federal Bureau of Prisons and Harley Lappin*:

Kathryn L. Wyer
Email: kathryn.wyer@usdoj.gov

R. A. Renfer, Jr.
Email: rudy.renfer@usdoj.gov

/s/ Laura E. Schattschneider
Laura E. Schattschneider