# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

October 26, 2009

**BY FEDERAL EXPRESS**

The Honorable James C. Dever III
Terry Sanford Federal Building and Courthouse
310 New Bern Avenue
Raleigh, NC 27601

    Re:    *Mathis, et al. v. The GEO Group, Inc., et al., 2:08-CT-21-D*

Dear Judge Dever:

    During oral argument on the defendants' motions to dismiss earlier this month, the Court asked why the ruling in Holly v. Scott, 434 F.3d 287 (4th Cir. 2006) would not extend to a claim for injunctive relief, pointing out that Mr. Holly had sought injunctive relief in addition to damages in that case. We suggested that Mr. Holly's claim for injunctive relief might have been mooted by his release from Rivers Correctional Institution before his case was decided by the United States Court of Appeals for the Fourth Circuit. Counsel for GEO advised that he believed that Mr. Holly was still incarcerated at the time that Holly was decided in January 2006.

    Our subsequent research into the record of both of Mr. Holly's cases confirms that Mr. Holly was released on August 9, 2005. See Holly v. Christensen, 2008 WL 956722 at *3 (E.D.N.C. Apr. 8, 2008). The Federal Bureau of Prisons online Inmate Locator also shows August 9, 2005 as Mr. Holly's release date. See http://www.bop.gov/iloc2/LocateInmate.jsp; see also attached printout from a search conducted on October 13, 2009. The Fourth Circuit held argument in Mr. Holly's case on September 19, 2005 and decided it on January 12, 2006. Holly v. Scott, 434 F.3d 287 (caption). The sources identified above thus appear to confirm that Mr. Holly had been released more than five months before the Fourth Circuit issued its decision in Holly.

    We shared the information above with counsel for the Federal Defendants and counsel for GEO Group, Inc., and asked them to inform us if they had any information to the contrary. Counsel for the Federal Defendants advised us that the government might oppose a

COVINGTON & BURLING LLP

The Honorable James C. Dever III
October 26, 2009
Page 2

supplemental filing by plaintiffs on this point, but did not provide any evidence to the contrary. Counsel for GEO did not respond to our inquiry.

Respectfully submitted,

Donald J. Ridings Jr.
*Counsel for Plaintiffs*

Enclosure

cc: Robert Numbers, Esq.
Kathy Wyer, Esq.

Served via ECF


# Inmate Locator - Locate Federal inmates from 1982 to present

| Name | Register # | Age-Race-Sex | Release Date<br>Actual or Projected | Location |
|---|---|---|---|---|
| 1. RICKY HOLLY | 31281-007 | 43-White-M | 08-09-2005 | RELEASED |

### Results 1 - 1 of 1

**New Search**   **FAQs**   **Privacy**