IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:08-CT-00021-D

| | | |
|---|---|---|
| KEITH MATHIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEO GROUP, INC.; UNITED STATES OF | ) | ORDER |
| AMERICA, through its department, the FEDERAL | ) | |
| BUREAU OF PRISONS; and HARLEY LAPPIN, | ) | |
| in his official capacity as Director of the | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of federal defendants' motion for an extension of time in which to answer or otherwise respond to plaintiff's Second Amended Complaint, and for good cause shown, it is hereby ORDERED, that the motion for an extension of time is GRANTED;

And it is further ORDERED, that federal defendants shall file their answer or other response to plaintiff's Second Amended Complaint on or before January 22, 2010.

Dated: 12/16/09

The Honorable James C. Dever III
United States District Judge