IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:08-ct-00021-D

| | |
|---|---|
| KEITH MATHIS, et al., ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| GEO GROUP, INC., et al., ) | |
| Defendants. ) | |

FOR GOOD CAUSE SHOWN, the Unopposed Motion of Defendant GEO Group, Inc. to extend the time in which to answer or otherwise plead in response to Plaintiff's Second Amended Complaint is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The time in which defendant GEO Group, Inc. may file and serve its response to Plaintiff's Second Amended Complaint is extended to and through January 22, 2010.

This the __21__ day of December, 2009.

_____