IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:08-ct-00021-D

| | |
|---|---|
| KEITH MATHIS, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>GEO GROUP, INC., et al., )<br><br>Defendants. ) | **GEO'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Defendant GEO Group, Inc. moves the Court for an order dismissing Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. GEO is entitled to this order because Plaintiff's Complaint fails to state a claim upon which relief may be granted. Additional arguments and authorizes in support of this motion are set forth in the accompanying brief.

This the 22nd day of January, 2010.

**WOMBLE CARLYLE SANDRIDGE & RICE**
*A Professional Limited Liability Company*

By:   /s/ Robert T. Numbers, II_____
      JAMES R. MORGAN, JR.
      (N.C. State Bar No. 12496)
      ROBERT T. NUMBERS, II
      (N.C. State Bar No. 34134)
      One West Fourth Street
      Winston-Salem, NC 27101
      Phone: (336) 721-3600
      Fax: (336) 721-3660
      E-mail: jmorgan@wcsr.com
      E-mail: rnumbers@wcsr.com
      *Attorneys for Defendant GEO Group, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on January 22, 2010, a copy of the foregoing **GEO'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** was filed electronically with the Clerk of Court using CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of Court to all counsel of record.

By:   /s/ Robert T. Numbers II_____
JAMES R. MORGAN, JR.
(N.C. State Bar No. 12496)
ROBERT T. NUMBERS, II
(N.C. State Bar No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3600
Fax: (336) 721-3660
E-mail: jmorgan@wcsr.com
E-mail: rnumbers@wcsr.com
*Attorneys for Defendant GEO Group, Inc.*