IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:08-CT-00021-D

| | |
|---|---|
| KEITH MATHIS, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) **ORDER** |
| GEO GROUP, INC., *et al.*, | ) |
| *Defendants*. | ) |

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint (DE-104 and DE-107), and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Plaintiffs shall file their responses to the Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendant The GEO Group, Inc. (DE-104), and the Motion to Dismiss Plaintiff's Second Amended Complaint filed by the Federal Bureau of Prisons and Harley Lappin (DE-107) on or before March 9, 2010.

Ordered this __12__ day of __February__, 2010.

The Honorable James C. Dever, III
United States District Judge