IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:08-CT-00021-D

KEITH MATHIS, et al.,                          )
                                               )
            Plaintiffs,                        )
                                               )
      v.                                       )
                                               )
GEO GROUP, INC.; UNITED STATES OF              )          ORDER
AMERICA, through its department, the FEDERAL   )
BUREAU OF PRISONS; and HARLEY LAPPIN,          )
in his official capacity as Director of the    )
FEDERAL BUREAU OF PRISONS,                     )
                                               )
            Defendants.                        )


Upon consideration of federal defendants' consent motion for an extension of time in

which to file a Reply in support of their Motion to Dismiss and a response to plaintiff's Motion

for Leave to File Third Amended Complaint, and for good cause shown, it is hereby ORDERED,

that the motion for an extension of time is GRANTED;

And it is further ORDERED, that federal defendants shall file their Reply in support of

their Motion to Dismiss and a response to plaintiff's Motion for Leave to File Third Amended

Complaint on or before April 9, 2010.


Dated: __3/24/10__                    _____
                                      The Honorable James C. Dever III
                                      United States District Judge