IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:08-CT-21-D

KEITH MATHIS, et al., )
)
Plaintiffs, )
v. ) **ORDER**
)
GEO GROUP, INC., et al., )
)
Defendants. )

On September 19, 20111, federal defendants filed a motion to dismiss Louis Calland as plaintiff for lack of subject matter jurisdiction [D.E. 167]. On September 26, 2011, the parties stipulated to dismissing Calland [D.E. 170] and thereby mooted the motion. Accordingly, Louis Calland is hereby DISMISSED as a plaintiff to this action for lack of subject matter jurisdiction and the motion [D.E. 167] is DISMISSED as moot.

SO ORDERED. This 26 day of September 2011.

JAMES C. DEVER III
United States District Judge